# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING
US, INC.

NO.   2019 CW 1334

VERSUS

WILLIAMS OLEFINS, L.L.C. AND
THE WILLIAMS COMPANIES, INC.

**OCTOBER 14, 2019**

---

In Re:   Sabic Petrochemicals Holding US, Inc., applying for
supervisory writs, 18th Judicial District Court,
Parish of Iberville, No. 76976.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

  **WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT